UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 93-6189-CR-GOLD/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,
v.

DAVID BRUCE SHISOFF,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING MOTION FOR RECONSIDERATION

This CAUSE is before the Court on the Report and Recommendation [DE 318] issued by U.S. Magistrate Judge Chris M. McAliley, to which Defendant David Shisoff has filed an Objection [DE 322, 323], and on Defendant's Motion for Reconsideration [DE 338], in which he seeks reconsideration of my prior Order to Seal. Having reviewed the relevant pleadings, the case file, and the relevant law, I affirm and adopt the Report and Recommendation and deny the Motion for Reconsideration.

In the Report and Recommendation, Judge McAliley recommends the denial of Defendant's Motion for Relief from Judgment, filed pursuant to Fed. R. Civ. P. 60(b), on the basis that that the Motion is in effect a successive petition for habeas relief, which is prohibited absent an authorization from the Court of Appeals from the Eleventh Circuit. I agree with Judge McAliley's finding that Defendant's Motion for Relief from Judgment is a motion that attacks his underlying conviction and sentence on grounds cognizable only under 28 U.S.C. § 2255 and should be treated as a petition for habeas relief. *Gonzalez v. Sec'y for Dep't of Corr.*, 366 F.3d 1253, 1256 (11th Cir. 2004) (en banc). Accordingly, as Defendant has not secured authorization from the Court of Appeals, pursuant to 28

U.S.C. § 2244(b)(3)(A) and § 2255(h), the Motion for Relief from Judgment must be denied. Defendant's Objection speaks only to the legality of his sentence and therefore does not overcome the procedural bar to the relief he seeks. Finally, Defendant's Motion for Reconsideration raises no coherent legal arguments, and must be denied. Accordingly, it is hereby

ORDERED and ADJUDGED that

1. The Report and Recommendation [DE 318] is AFFIRMED and ADOPTED.

2. Defendant's Motions [DE 314, 323, 338] are DENIED.

3. This case remains CLOSED.

DONE and ORDERED in Chambers in Miami, Florida, this _16_ day of April, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel of record
U.S. Magistrate Judge Chris M. McAliley